JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RYOO DENTAL, INC. d/b/a/ RYOO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PD-RX PHARMACEUTICALS, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 8:16-cv-01627-JVS JCG<br><br>Class Action<br><br>**ORDER STIPULATION FOR DISMISSAL**<br><br>Judge:　　James V. Selna<br><br>Complaint Filed:　September 02, 2016 |

The Court, having considered the Stipulation for Dismissal (the "Stipulation"), and good cause appearing thereof, ORDERS AS FOLLOWS:

　　1. The Stipulation is GRANTED.

　　2. The above-entitled action is hereby dismissed with prejudice as to Plaintiff Ryoo Dental, Inc. d/b/a/ Ryoo ("Plaintiff"), in its individual capacity against PD-RX Pharmaceuticals, Inc. ("Defendant").

　　3. The above-entitled action is hereby dismissed without prejudice as to all class claims alleged against Defendant.

　　4. Each party shall bear their own attorney's fees, costs and expenses.

5. The Court will retain jurisdiction to enforce an agreement between the Parties.

SO ORDERED.

DATED: December 14, 2017

_____

By: _____
HON. JAMES V. SELNA
United States District Judge